UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LACAL WILSON**                                             **CIVIL ACTION**

**VERSUS**                                                    **NO. 07-3715**

**WALTER P. REED**                                         **SECTION: "I" (6)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion; accordingly,

**IT IS ORDERED** that the petition of Lacal Wilson for issuance of a writ of habeas corpus under 28 U.S.C. §2254 is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this ___9th___ day of August, 2007.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE